UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MACCARIELLA, JR.,

        Plaintiff,

v.

FIAT CHRYSLER AUTOMOBILES,
N.V. and FCA US LLC,

        Defendants.

Case No. 2:19-cv-10791

HONORABLE STEPHEN J. MURPHY, III

_____/

## ORDER CLOSING CASE

On March 15, 2019, Plaintiff James Maccariella filed a putative class-action complaint against Defendants Fiat Chrysler Automobiles, N.V. ("Fiat") and FCA US LLC ("FCA"). ECF 1. On May 10, 2019, FCA filed a motion to dismiss. ECF 14. On May 17, 2019, Plaintiff filed a notice of voluntary dismissal pursuant to Civil Rule 41(a)(1)(A). ECF 16. Because Defendants did not file answer or a motion for summary judgment, voluntary dismissal is proper. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** the case.

**SO ORDERED.**

        s/ Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
Dated: May 20, 2019        United States District Judge

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 20, 2019, by electronic and/or ordinary mail.

        s/ David Parker
        Case Manager